417 A.2d 788

Commonwealth v. Jones, D., Appellant.

Submitted May 7, 1979. Querino R. Torretti, for appellant; J. Kipp Lukehart, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, LARSEN and LAVELLE, JJ.*

Judgment of sentence affirmed.

* Justice Rolf Larsen of the Supreme Court of Pennsylvania, and Judge John E. Lavelle of the Court of Common Pleas of Schuylkill County, are sitting by designation.